# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>CURTIS WILSON COST,<br>　　　Defendant. | CV 20-1241 DSF (ASx)<br><br>Order DISMISSING Case |

　　On June 11, 2020, the Court issued an order finding that service on the Defendant in this matter was not adequate under federal or California law. The Court ordered service to be made on Defendant no later than July 10, 2020. Plaintiff was further admonished that "Plaintiff is to file proof that Defendant has been served with process by that date or Defendant will be dismissed from the case without prejudice."

　　No proof of service has been filed as of the date of this order. Therefore, the case is DISMISSED WITHOUT PREJUDICE for failure to serve.

　　IT IS SO ORDERED.

Date: August 10, 2020

　　　　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　United States District Judge