JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI,<br>　　Plaintiff,<br><br>　　　　v.<br><br>CURTIS WILSON COST,<br>　　Defendant. | CV 20-1241 DSF (ASx)<br><br>JUDGMENT |

　　The Court having dismissed the case for failure to serve the Defendant within the time allotted by the Court and the Federal Rules,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Date: August 10, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge